UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-------------------------------------------------------X

DWIGHT CREWS and PEGGY CREWS,

      Plaintiffs-Appellants,    Docket #: 14-4412

 -against-          **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

AIR & LIQUID SYSTEMS CORP., et al.,

      Defendants,

Appeal as to CRANE CO.

      Defendant-Appellee.

-------------------------------------------------------X

  Pursuant to Federal Rule of Appellate Procedure 42(b), the parties to the above-captioned appeal hereby move the Court for an order dismissing the above-captioned appeal. The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: February 23, 2015

                 _____
                 MICHAEL COHAN
                 Attorney for Appellants

Dated: February 23, 2015

                 _____
                 Angela DiGiglio (AD-2290)
                 Attorney for Appellee
                 Crane Co.